UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>ISLANDIA 29 LP, a Delaware Limited Partnership; CHUGASH 2 LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-01512-CBM-JCx<br><br>**ORDER [JS-6]** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: MAY 11, 2015     _____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal        Case: 2:15-CV-01512-CBM-JC